UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH DENISE JOHNSON,

       Plaintiff,                              Case No. 11-10019
                                                        HON. BERNARD A. FRIEDMAN
vs.                                                       MAG. JUDGE CHARLES E. BINDER

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

      This matter is before the Court on Magistrate Judge Charles E. Binder's Report and Recommendation ("R and R") dated November 3, 2011, recommending that the Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. Neither party has filed an objection to the R and R.

      Magistrate Judge Binder concluded that the decision of the ALJ, which ultimately became the final decision of the Commissioner, is within that "zone of choice within which decisionmakers may go either way without interference from the courts." Felisky v. Bowen, 35 F.3d 1027, 1035 (6th Cir. 1994). This Court has had an opportunity to fully review this matter and the parties' filings, and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

      ACCORDINGLY:

1

IT IS HEREBY ORDERED that Magistrate Judge Charles E. Binder's Report and Recommendation dated November 3, 2011, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.


Dated: December 14, 2011         s/Bernard A. Friedman_____
       Detroit, Michigan         BERNARD A. FRIEDMAN
                                     UNITED STATES DISTRICT JUDGE